616 A.2d 923
IN THE MATTER OF GEORGE W. NASH,
AN ATTORNEY AT LAW.

December 15, 1992.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that GEORGE W. NASH of NEW YORK, NEW YORK, who was admitted to the bar of this State in 1972, and who was suspended from the practice of law for a period of one year by way of reciprocal discipline by this Court on April 28,

1992, retroactive to May 30, 1991, be restored to the practice of law, effective immediately.